UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: No. 1:24-CR-00249
v. :
: (Judge SAPORITO)
CHRISTOPHER STOVER, :
Defendant. :

INDICTMENT

FILED
HARRISBURG, PA
SEP 18 2024
PER ___IBR___
DEPUTY CLERK

THE GRAND JURY CHARGES:

## COUNT 1
18 U.S.C. § 1708
(Possession of Stolen Mail)

On or about February 25, 2023, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**CHRISTOPHER STOVER,**

did knowingly and unlawfully have in his possession mail which had been stolen, taken, embezzled and abstracted from a mail route, knowing the said mail to have been stolen, taken, embezzled and abstracted from a mail route.

In violation of Title 18, United States Code, Section 1708.

THE GRAND JURY FURTHER CHARGES:

## COUNTS 2–5
18 U.S.C. § 1709
(Theft of Mail by Postal Employee)

From in or around 2020, the exact date being unknown to the Grand Jury, through on or about February 25, 2023, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**CHRISTOPHER STOVER,**

a United States Postal Service employee, did knowingly and intentionally embezzle mail which had been entrusted to the defendant and had come into his possession intended to be conveyed by mail, to wit:

| Count | Sender | Recipient | Recipient's Location |
|-------|--------|-----------|----------------------|
| 2 | D.P. | E.B. | Mechanicsburg, PA |
| 3 | S.S. | J.J. | Mechanicsburg, PA |
| 4 | D.O. | B.M. | York, PA |
| 5 | N. | D.L. | Mechanicsburg, PA |

2

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

*/s/*

MICHAEL SCALERA
Assistant United States Attorney

Date 9/18/2024

3