IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | Criminal No. 1:24-CR-00248 |
|---|---|---|
| v. | : | |
| CHRISTOPHER STOVER, Defendant. | : | |

**PLEA**

AND NOW, this **19th** day of <u>December 2024</u>, the within named defendant, hereby enters a plea of ___not guilty___ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)