# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER STOVER<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-CR-00249 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTOPHER STOVER ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of Stolen Mail

**FILED**
HARRISBURG, PA

Date: 09/18/2024

C'D USMS M/PA HBG
4 SEP 18 13:48

DEC 23 2024

City and state: Harrisburg, PA   PER _____ DEPUTY CLERK

s/Lisa Lombardi
*Issuing officer's signature*

Lisa Lombardi, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 9.18.24 , and the person was arrested on *(date)* 12.19.24
at *(city and state)* Enola, PA .

Date: 12.19.24

_____
*Arresting officer's signature*

DANIEL HASTINGS      S/A USPSOIG
*Printed name and title*