FILED
HARRISBURG, PA
DEC 23 2024
PER JGL
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:24-CR-249 |
| | ) | |
| v. | ) | |
| | ) | (JUDGE SAPORITO) |
| CHRISTOPHER STOVER, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
WILKES BARRE
DEC 27 2024
PER
DEPUTY CLERK

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through its attorneys, Gerard M. Karam, United States Attorney for the Middle District of Pennsylvania, and Michael Scalera, Assistant United States Attorney, and moves the Court to unseal the previously sealed documents in this case because there no longer remains a reason to keep those documents under seal.

Respectfully submitted,

GERARD M. KARAM
UNITED STATES ATTORNEY

By: s/ Michael Scalera
MICHAEL SCALERA
ASSISTANT U.S. ATTORNEY

## ORDER

It is so ORDERED, this 27th day of December 2024.

Joseph F. Saporito, Jr.
JOSEPH F. SAPORITO
UNITED STATES DISTRICT JUDGE