UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : 1:24-CR-0249

: JUDGE SAPORITO

CHRISTOPHER STOVER, :

Defendant :

## ORDER

Pending before the Court is defendant's unopposed motion for a sixty-day enlargement of time to file pretrial motions and to continue trial. (Doc. 20).

AND NOW, this 8th day of January, 2025, IT IS HEREBY ORDERED THAT the motion is **GRANTED**.

The parties shall have until **March 7, 2025**, to file any Pretrial Motions and Motions *in Limine* in this case.

Final Pretrial Conference shall be conducted on **April 7, 2025**, at 10:00 a.m. in Courtroom 3, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701.

Jury Selection and Trial shall commence on **April 21, 2025**, at 9:30 a.m. in Courtroom 3, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701.

The court finds that this continuance of time outweighs the best interests of the public and the defendant in a speedy trial, and that the appropriate time shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(6) and (7)(A).

 

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge